IN THE UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MORGAN HAMRICK, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALL STAR DRIVER EDUCATION, LLC,<br><br>Defendant. | Case No. 3:22-CV-967<br>Hon. James R. Knepp II |

### STIPULATED ORDER FOR APPROVAL OF SETTLEMENT AGREEMENT

WHEREAS, Plaintiff Morgan Hamrick ("Hamrick") filed this action against Defendant All Star Education, LLC ("Defendant") alleging claims of failure to pay the minimum wages and failure to pay overtime in violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq*.;

WHEREAS, Opt-In Plaintiffs Charles Roberts ("Roberts"), Stacey Luallen ("Luallen"), and Amy Brummett ("Brummett") (collectively referred to hereinafter with Hamrick as "Plaintiffs") each filed consent forms with the Court indicating their intent to participate in this case as plaintiffs with Hamrick;

WHEREAS, Defendant denies the allegations in the Complaint and any other alleged violations of law;

WHEREAS, the Parties have agreed upon a settlement amount and the

45576938.2

material settlement terms and have executed a Settlement Agreement and Release.

WHEREAS, judicial approval of the Parties' Settlement Agreement and Release is necessary in order for it to be enforceable with regard to the settlement and release of Plaintiffs' FLSA claims. *See Lynn's Food Stores v. U.S.*, 679 F.2d 1350 (11th Cir. 1982); *Edwards v. City of Mansfield*, No. 1:15-CV-959, 2016 WL 2853619, at *2 (N.D. Ohio May 16, 2016); *Weiner v. Bainbridge Twp. Police Dep't*, No. 1:22-CV-255, 2022 WL 1120391, at *1 (N.D. Ohio Apr. 13, 2022);

WHEREAS, the Parties have met and conferred and have agreed to waive any formal hearing on the approval;

WHEREAS, the Parties are submitting the Settlement Agreement and Release to the Court for the Court's *in camera* review and approval;

WHEREAS, the Parties' further acknowledge and agree that: (i) the Settlement Agreement and Release represents a reasonable compromise of Plaintiffs' claims which the Parties recognize would otherwise require extensive litigation to determine; (ii) the Settlement Agreement and Release was negotiated on behalf of the Parties by counsel experienced in employment claims, including under the FLSA; (iii) all Parties and their respective counsel agree that the Settlement Agreement and Release, as submitted, is in the best interest of all Parties; and (iv) the Settlement Agreement and Release fairly and reasonably comprises each Party's interests, benefits and rights (*see Lynn's Food*, 679 F.2d at 1354; *Edwards*, 2016

WL 2853619, at *3-*4; *Weiner*, 2022 WL 1120391, at *2); and

WHEREAS, the Court is otherwise fully advised in the premises:

NOW THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

(1) The Settlement Agreement and Release is approved as submitted;

(2) This case is dismissed, with prejudice, without costs, interest, or attorneys' fees to any party, except as specifically provided in the Settlement Agreement and Release: and

(3) This Order resolves all issues and closes the case.

IT IS SO ORDERED.

Date: 11/1/2022

*s/ James R. Knepp II*
Hon. James R. Knepp II
United States District Court

The parties to this action, by their respective attorneys, hereby stipulate to entry of the above order.

| THE FUCHS LAW FIRM LLC | HONIGMAN LLP |
| --- | --- |
| Counsel for Plaintiffs | Counsel for Defendant |
| By: */s/ Joshua B. Fuchs (w/ consent)* | By: */s/ Matthew S. Disbrow* |
| Joshua B. Fuchs (0087066) | Matthew S. Disbrow (P65378) |
| 24870 Fairmount Blvd | Michael J. Dauphinais (P84158*) |
| Beachwood, Ohio 44122 | 660 Woodward Avenue, Suite 2290 |
| Tel: (216) 505-7500 | Detroit, Michigan 48226 |
| josh@fuchsfirm.com | Tel: (313) 465-7372 |
| | mdisbrow@honigman.com |
| Dated: October 31, 2022 | Dated: October 31, 2022 |

45576938.2